

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00415-CV

**IN THE MATTER OF J.A.M.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2019JUV00012
Honorable Arcelia Trevino, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 11, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice